```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JOSE RAM, | |
|          Plaintiff, | 21-cv-06658 (JSR) |
|     -against- | ORDER |
| CORE-MARK HOLDING COMPANY, INC. ET AL., | |
|          Defendants. | |

JED S. RAKOFF, U.S.D.J.

Plaintiff Jose Ram filed this action on August 6, 2021. He did not serve any of the defendants and his counsel failed to appear at the initial pretrial telephonic conference on September 13, 2021 at 11:45 am that had been scheduled by the Court and noticed on the docket a month earlier. As such, it appears Plaintiff has abandoned this action. Accordingly, the case is hereby dismissed.

SO ORDERED.

Dated:   New York, NY

         September 13, 2021

                                          /s/ Jed S. Rakoff
                                          JED S. RAKOFF, U.S.D.J.